ORDERED.

**Dated: October 15, 2026**

Luis E. Rivera II
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION
www.flmb.uscourts.gov

In re:

Case No.
2:25−bk−01786−FMR
Chapter 7

Jennifer Rebecca Small
aka Jennifer R. Small
aka Jennifer Small

Debtor* /

***ORDER DENYING MOTION FOR RELIEF FROM STAY***

THIS CASE came on for consideration, without hearing, of the Motion for Relief From Stay filed by NewRez LLC as servicer for Brighthouse Life Insurance Company , Doc. # 69 . After review, the Court determines that the motion is deficient as follows:

The language used in the negative notice legend does not substantially conform to the approved negative notice legend language or includes an incorrect or incomplete address, including suite number, for the Court. Local Rule 2002−4.

Accordingly it is

***ORDERED:***

1. The motion is denied to allow movant to file an amended motion. No additional filing fee will be assessed for the filing of any amended motion filed for the purpose of correcting the noted deficiency.

2. The automatic stay of 11 U.S.C. § 362(a) is continued in effect until further order of this Court. The deadlines of 11 U.S.C. § 362(e)(1),(2) are tolled during the abatement period.

The Clerk's Office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" refer to both debtors in a case filed jointly by two individuals.