# FORM 1
# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
# ASSET CASES

**Case Number:** 2:25-01786 FMR
**Case Name:** Jennifer Rebecca Small

**Period Ending:** 09/30/26

**Trustee:** RICHARD M. DAUVAL, TRUSTEE
**Filed (f) or Converted (c):** 09/14/26 (c)
**§341(a) Meeting Date:** 11/03/26
**Claims Bar Date:** 04/01/26

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Single Family Home 3616 Pilot Cir Naples FL 34120-0715 Collier County | 762,000.00 | 0.00 | | 0.00 | FA |
| 2 | Chevrolet Traverse 2022 35,000 miles | 23,000.00 | 4,822.00 | | 812.00 | 22,188.00 |
| 3 | Small/counter appliances, Grill, Knives, Cooking utensils,Pots/pans, Dishes, Flatware, Cups, Glassware, Vacuum,Brooms/mops/cleaning supplies, Dining table, Chairs, Bed(s),Dresser(s), Nightstand(s), Desk, Office chair, Lamps, Towels, Bedlinens, Couch, Toys, Hamper, Laundry basket, Luggage, Yardtools, Patio/outdoor furniture | 2,500.00 | 1,680.00 | | 313.34 | 2,186.66 |
| 4 | Television(s), Desktop computer, Cellular phone(s), Printer,Gaming system | 1,000.00 | 900.00 | | 158.34 | 841.66 |
| 5 | Shirts, shoes, blouses, pants, shorts, skirts, womens shoes | 100.00 | 0.00 | | 0.00 | FA |
| 6 | Wedding Ring | 500.00 | 0.00 | | 0.00 | FA |
| 7 | 2 Dogs and Guinea Pig | 20.00 | 0.00 | | 0.00 | FA |
| 8 | Wheelchair | 50.00 | 0.00 | | 0.00 | FA |
| 9 | Cash on hand | 10.00 | 0.00 | | 0.00 | FA |
| 10 | Checking Acct #9956: Truist Bank Account has been garnished | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Saving Acct #4000: Community First Credit Union | 5.00 | 5.00 | | 0.83 | 4.17 |
| 12 | Bank acct garnished by creditor | 99.00 | 99.00 | | 16.50 | 82.50 |
| 13 | PayPal acct | 23.00 | 23.00 | | 3.83 | 19.17 |
| **TOTALS** (Excluding Unknown Values) | | **$789,307.00** | **$7,529.00** | | **$1,304.84** | **$25,322.16** |

**Major activities affecting case closing:**
<10/23/2026, 3:31:38 PM - RDauval>
email to DA about final payments due.
<9/23/2026, 1:37:12 PM - RDauval>
reached out to counsel for secured creditor for auction results.
<6/30/2026, 11:20:57 AM - RDauval>
emailed creditor on vehicle that I would agree to having them liquidate and send me the surplus.

Case reconverted to Chapter 7 on 5/6/2026

# FORM 1
# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
# ASSET CASES

Case converted to Chapter 13 on January 14, 2026

<12/18/2025, 3:40:17 PM - RDauval>
upload order granting 362(h) motion.
<11/25/2025, 2:16:55 PM - RDauval>
entered ito buy back agreement with the D.
<11/24/2025, 5:18:32 PM - RDauval>
followed up with DA, filed 362(h) motion.
<11/17/2025, 4:32:17 PM - RDauval>
email to DA for buy back. Filed NOA
<10/28/2025, 2:49:04 PM - RDauval>
Car is an asset. Proof of insurance obtained.
<10/28/2025, 2:45:59 PM - RDauval>
Received refund late August that was the source of high balance.
SSN confirmed;
Tax returns consistent w/SOFA;
Vehicle registration confirmed;
Bank stmts:
**Truist #9956 - Bal. on 9/08/25 $7,330.52;
Pref. pymts to Credit One Bank - 6/24/25 - 8/29/25 $3,065.62;
Pay advices ok

Written Info Sheet - Yes to #1 - Mother surgery in 2018; Yes to #2 - Mother has hired atty; Yes to #3 - beneficiary of estate

**Initial Projected Date of Final Report (TFR):** June 15, 2026

**Current Projected Date of Final Report (TFR):** December 15, 2026

October 28, 2026
Date

/s/ RICHARD M. DAUVAL, TRUSTEE
RICHARD M. DAUVAL, TRUSTEE

# Form 2
# Cash Receipts and Disbursements Record

**Case Number:** 2:25-01786 FMR
**Case Name:** Jennifer Rebecca Small
**Taxpayer ID#:** ******3877
**Period:** 10/01/25 - 09/30/26

**Trustee:** RICHARD M. DAUVAL, TRUSTEE
**Bank Name:** Flagstar Bank, N.A.
**Account:** ******9233 - Checking
**Blanket Bond:** $26,583,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>Check or Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | Uniform Tran. Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 12/17/25 | | Jennifer Rebecca Small | Sold non-exempt asset(s). See Report and Notice of Intention to Sell Property of the Estate, Filed on 11/25/25, at Dkt. No. 18 | | | 652.42 | | 652.42 |
| 12/17/25 | Asset #11 | Small | Payment to A/R Account #001 Small; Payment #1 due 09/30/2026 | 0.41 | 1129-000 | | | 652.42 |
| 12/17/25 | Asset #13 | Small | Payment to A/R Account #001 Small; Payment #1 due 09/30/2026 | 1.92 | 1129-000 | | | 652.42 |
| 12/17/25 | Asset #12 | Small | Payment to A/R Account #001 Small; Payment #1 due 09/30/2026 | 8.25 | 1129-000 | | | 652.42 |
| 12/17/25 | Asset #4 | Small | Payment to A/R Account #001 Small; Payment #1 due 09/30/2026 | 79.17 | 1129-000 | | | 652.42 |
| 12/17/25 | Asset #3 | Small | Payment to A/R Account #001 Small; Payment #1 due 09/30/2026 | 156.67 | 1129-000 | | | 652.42 |
| 12/17/25 | Asset #2 | | Pre-conversion payment on vehicle | 406.00 | 1129-000 | | | 652.42 |
| 08/10/26 | | Jennifer Rebecca Small | Sold non-exempt asset(s). See Report and Notice of Intention to Sell Property of the Estate, Filed on 11/25/25, at Dkt. No. 18 | | | 652.42 | | 1,304.84 |
| 08/10/26 | Asset #11 | Small | Payment to A/R Account #001 Small; Payment #2 due 10/30/2026 | 0.42 | 1129-000 | | | 1,304.84 |
| 08/10/26 | Asset #13 | Small | Payment to A/R Account #001 Small; Payment #2 due 10/30/2026 | 1.91 | 1129-000 | | | 1,304.84 |

# Form 2
# Cash Receipts and Disbursements Record

| | | | |
|---|---|---|---|
| **Case Number:** | 2:25-01786 FMR | **Trustee:** | RICHARD M. DAUVAL, TRUSTEE |
| **Case Name:** | Jennifer Rebecca Small | **Bank Name:** | Flagstar Bank, N.A. |
| | | **Account:** | ******9233 - Checking |
| **Taxpayer ID#:** | ******3877 | **Blanket Bond:** | $26,583,000.00 (per case limit) |
| **Period:** | 10/01/25 - 09/30/26 | **Separate Bond:** | N/A |

| 1<br>Trans. Date | 2<br>Check or Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | Uniform Tran. Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 08/10/26 | Asset #12 | Small | Payment to A/R Account #001 Small; Payment #2 due 10/30/2026 | 8.25 | 1129-000 | | | 1,304.84 |
| 08/10/26 | Asset #4 | Small | Payment to A/R Account #001 Small; Payment #2 due 10/30/2026 | 79.17 | 1129-000 | | | 1,304.84 |
| 08/10/26 | Asset #3 | Small | Payment to A/R Account #001 Small; Payment #2 due 10/30/2026 | 156.67 | 1129-000 | | | 1,304.84 |
| 08/10/26 | Asset #2 | | Pre-conversion payment on vehicle | 406.00 | 1129-000 | | | 1,304.84 |
| 08/31/26 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 5.00 | 1,299.84 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | **1,304.84** | **5.00** | **$1,299.84** |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | **1,304.84** | **5.00** | |
| Less: Payment to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$1,304.84** | **$5.00** | |

| | |
|---|---|
| Net Receipts: | $1,304.84 |
| Net Estate: | $1,304.84 |

| **TOTAL - ALL ACCOUNTS** | **Net Receipts** | **Net Disbursements** | **Account Balances** |
|---|---|---|---|
| **Checking # ******9233** | **1,304.84** | **5.00** | **1,299.84** |
| | **$1,304.84** | **$5.00** | **$1,299.84** |